Michele R. Stafford, Esq. (SBN 172509)
Anne M. Bevington, Esq. (SBN 111320)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: abevington@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare
Trust Fund, et al.

JOSEPH A. SCHWACHTER, Bar No. 108124
jschwachter@littler.com
JOSHUA J. CLIFFE, Bar No. 215390
jcliffe@littler.com
SEAN PIERS, Bar No. 305607
spiers@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant, SOTD Corporation
*dba* The Glass Man & Sons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOTD CORPORATION *dba* THE GLASS MAN & SONS, a California corporation,<br><br>Defendant. | Case No. C17-0516 WHO<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: May 9, 2017<br>Time: 2:00 p.m.<br>Location: 450 Golden Gate Ave.,<br>San Francisco<br>Courtroom: 2, 17th Floor<br>Judge: Honorable William H. Orrick |

Plaintiffs and Defendant herein respectfully submit this Joint Request to Continue the Case Management Conference, currently on calendar for May 9, 2017, for approximately sixty to ninety (60-

1

90) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on February 1, 2017 (Dkt. #1). Thereafter, the Court issued an order (Dkt. #11) finding that this action is related to the following case: *Northern California Glaziers, Architectural Metal and Glass Workers Pension Trust Fund, et al. v. SOTD Corporation dba The Glass Man & Sons* (U.S.D.C. Case No. 17-cv-00518-WHO). Defendant filed a Notice of Appearance of Counsel (Dkt. #13) on March 27, 2017, and the parties entered into a stipulation to extend Defendant's deadline to answer or otherwise respond to the Complaint from March 30, 2017 to May 1, 2017 (Dkt. #14).

2. Since then, the parties have been in contact to attempt to resolve this matter without the need for further litigation, and regarding selection of an ADR Process, as required by the Court.

3. The parties entered into a second stipulation to extend Defendant's deadline to answer or otherwise respond to the Complaint from May 1, 2017 to May 31, 2017 which is being filed concurrently with this Joint Request to Continue. The parties believe that this additional time will assist in their attempts to resolve the matter without the need for further litigation.

4. Based on the above, the parties respectfully request that the Case Management Conference, currently scheduled for May 9, 2017, be continued for approximately sixty to ninety (60-90) days to allow sufficient time for the parties to meet and confer regarding determine whether this matter can be resolved without the need for further litigation.

//
//
//
//
//
//
//
//
//

2
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**
**Case No. C17-0516 WHO**  \\candsf.cand.circ9.dcn\data\users\whoall\_cv\2017\2017_00516_district_council_16_northern_california_health_and_v_sotd_corporation_dba_the_glass_man_&_sons_a_calif\17-cv-00516-who-proposed_order_to_continue_cmc.docx

1  There are no issues that need to be addressed by the parties at the currently scheduled Case
2  Management Conference. In the interest of conserving costs, as well as the Court's time and resources,
3  the parties respectfully request that the Court continue the currently scheduled Case Management
4  Conference for approximately sixty to ninety (60-90) days.

DATED: April 28, 2017                                     SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Attorneys for Plaintiffs, District Council 16 Northern
California Health and Welfare Trust Fund, et al.

DATED: April 28, 2017                                     LITTLER MENDELSON, P.C.

By: _____/S/_____
Sean Piers
Attorneys for Defendant, SOTD Corporation
dba The Glass Man & Sons

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to August 8, 2017 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly.

DATED: May 1, 2017

_____
UNITED STATES DISTRICT COURT JUDGE